**MEMO ENDORSED**

David Abrams, Attorney at Law
305 Broadway, 5th Floor, New York, NY 10007
Tel. 212-897-5821 Fax 212-897-5811



December 31, 2007

To:   Hon. P. Kevin Castel                              (by hand)
      United States Courthouse
      500 Pearl Street
      New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08
```

Re:   Laluz et al. v TCR Tennis Club of Riverdale, Inc.,
      Case No. 07 cv 10335 (PKC)

Dear Judge Castel:

      This office represents the Plaintiffs in the above-referenced matter. The Defendant has requested that the conference scheduled for Friday, January 4, 2008 be adjourned while the parties discuss settlement. I have consented and agreed to relay the request to Your Honor. No prior requests for adjournment have been made in this matter.

                              Respectfully yours,

                              /s/ David Abrams

                              David Abrams

cc:   Wayne Wilansky, Esq.                (by fax - 718-432-1803)

*[Handwritten endorsement]: Conference adjourned from Jan 4 to February [?], 2008 at 11:00 a.m. SO ORDERED. [signature] 1/2/08*